UNITED STATES DISTRICT COURT
SOUTHORN DISTRICT OF NEW YORK

SYED HAIDER,

                              Plaintiff,

       -against-

SWAGAT RESTAURANT, INC d/b/a
SAPPHIRE INDIAN CUISINE, *et al.*,

                              Defendants.

21cv9394 (DF)

**ORDER OF DISMISSAL**

**DEBRA FREEMAN, United States Magistrate Judge:**

      In this action under the Fair Labor Standards Act and the New York Labor Law, which is before this Court on the consent of the parties pursuant to 28 U.S.C. § 636(c), the parties, having reached an agreement in principle to resolve the action, have placed their proposed settlement agreement before this Court for approval. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 1999 (2d Cir. 2015) (requiring judicial fairness review of FLSA settlements). The parties have also submitted a letter detailing why they believe the proposed settlement agreement is fair, reasonable, and adequate. (Dkt. 24.) This Court has reviewed the parties' submission in order to determine whether the proposed settlement agreement (Dkt. 24, Ex. A (the "Agreement")) represents a reasonable compromise of the claims asserted in this action, and, in light of the totality of the relevant circumstances, including the representations made in the parties' letter, the terms of the Agreement, and the Court's general familiarity with the matter, it is hereby ORDERED that:

      1.      The Court finds that the terms of the Agreement are fair, reasonable, and adequate, both to redress Plaintiff's claims in this action and to compensate Plaintiff's counsel for their legal fees, and the Agreement is therefore approved.

2. The Court notes that the Agreement expressly provides for this Court to "retain jurisdiction over this matter to enforce the terms of th[e] Agreement once approved by the Court . . . ." (Agreement § G(2).) Accordingly, in order to effectuate the evident intent of the parties, the Court will retain jurisdiction over this matter for the purpose of enforcing the Agreement.

3. As a result of the Court's approval of the parties' executed settlement agreement, this action is hereby discontinued with prejudice and without costs or fees to any party. The Clerk of Court is directed to close this case on the Docket of the Court.

Dated: New York, New York
March 11, 2022

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

<u>Copies to</u>:

All counsel (via ECF)